**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: April 21, 2015**



C. Kathryn Preston
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: DONALD HOWSON | : | Case No. 10-60881 |
| CHERYL HOWSON | : | Chapter 13 |
| | : | Judge C KATHRYN PRESTON |

### ORDER GRANTING TRUSTEE'S MOTION TO DEEM MORTGAGE CURRENT (Doc. 71 )

The matter before the Court is the Motion to Deem Mortgage Current filed by the Chapter 13 Trustee ("Trustee").  The Motion requests that the mortgage claim of Ocwen Loan Servicing, LLC ("Mortgage Company") be deemed current as of March 2015 ("Final Payment Date").

Upon a review of the pleadings, the Court finds that the Trustee's Motion is well-taken, and it is therefore GRANTED.  It is further ORDERED as follows:

(a) All pre-petition arrearage claims of Mortgage Company have been paid in full through the confirmed Chapter 13 Plan;

(b) All regular, post-petition mortgage payments have been made by the Trustee

through the Final Payment Date as per the motion, and all such conduit  payments are hereby deemed to have been made on a timely basis;

    (c) The mortgage obligation to Mortgage Company is hereby deemed current as of the Final Payment Date; and

    (d) Mortgage Company shall adjust its loan balance to reflect the balance delineated in the original amortization schedule as of the Final Payment Date.  Any amounts in excess of that balance, including any alleged arrearages, costs, fees or interest are hereby discharged pursuant to 11 U.S.C. §1328.

It is so ordered.

Copies to: Default List

Electronic Service by ECF:
LeAnn E Covey Esq.

Regular U.S. Mail, addressed to:


Deutsche Bank National Trust Company
American Home Mortgage Servicing Inc
1525 S. Beltline Road Suite 100N
Coppell, Texas 75019

Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
1100 Virginia Ave. Suite 175
Ft. Washington, PA 19034

###